

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Jahlim Baster

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Foreign Governments
Transnational Repression
Andrew Cuomo

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _25-cv-03871-RPK-JAM_
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

REC'D IN PRO SE OFFICE
JUL 7 '25 PM2:15

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jahkim Bastien
   Street Address: 2050 namecke Ave.
   City and County: Far Rockaway NY
   State and Zip Code: 11691
   Telephone Number: 646 513 9215
   E-mail Address: JahJahstacks@gmail.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Andrew Cuomo
   Job or Title (if known): foreign Government
   Street Address:
   City and County: New York
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name: The Industry in U.S.A
   Job or Title (if known): foreign Government
   Street Address:
   City and County:

2

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____

    (if known)

  Defendant No. 3

    Name    _____

    Job or Title

    (if known)    _____

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____

    (if known)

  Defendant No. 4

    Name    _____

    Job or Title    _____

    (if known)

    Street Address City    _____

    and County State    _____

    and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____

    (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Transnational Repression, Brain Spying Public Humiliation, emotional violence, Jugdical misconduct

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jahleim Bastien, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual    Andrew Cuomo

      The defendant, *(name)* Andrew Cuomo, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* foreign Government is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ nine thousand, eighty fifty "sextillion"

OR

$9,000 million

III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

defendant is Brain Spying to ruin my life because of their envy and sexual Jeolous feelings. Transnational Repression distrubance Distrubuted Denial of Server Attacks. Selling envy, plots, Illegal Hacking

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Cyber attack, verbal abusiveness, threats Invading privacy. Attemp Harm*

*Transnational Repression*

V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *7/7*, 20*25*.

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    *Jahlum Basher*



◆ AI Overview

Transnational repression refers to actions taken by a foreign government to intimidate, silence, coerce, harass, or harm individuals or groups who live outside of its borders, often members of diaspora or exile communities. These actions can include physical violence, threats, surveillance, online harassment, and even forced repatriation.

Here's a more detailed breakdown:

**Key characteristics of transnational repression:**

**Extraterritorial reach:**
Foreign governments reach across borders to target individuals and communities.

**Diverse tactics:**
A range of methods are used, including physical violence, online harassment, surveillance, and threats against family members.

**Targeting of diaspora and exiles:**
The focus is often on individuals who have left their home countries, often due to political dissent or persecution.

**Undermining human rights and democracy:**
Transnational repression can undermine fundamental freedoms, democratic norms, and the rule of law.

**Examples of transnational repression:**

**Physical attacks and killings:**
The murder of Jamal Khashoggi, a critic of Saudi Arabia, by Saudi agents in Turkey, is a well-known example of this.

**Online harassment and disinformation campaigns:**
Foreign governments may use social media and other online platforms to spread propaganda, threaten individuals, or monitor their online activity.

**Coercive surveillance:**

Tracking individuals' movements, communications, and activities through various means.

**Forced repatriation:**

Intimidating individuals into returning to their home country against their will.

**Targeting of family members:**

Threatening or harming family members in the country of origin to pressure individuals abroad.

## Why it matters:

### Undermines human rights:

Transnational repression violates fundamental rights, including freedom of expression, assembly, and movement.

### Threatens democracy:

It can stifle dissent, silence critical voices, and undermine democratic institutions.

### Erodes trust and security:

It creates an atmosphere of fear and insecurity, both for the targeted individuals and for their communities.

### Impacts host countries:

Transnational repression can strain diplomatic relations, threaten national security, and undermine the rule of law in the host country.

## Responding to transnational repression:

### Reporting:

Individuals who believe they are victims of transnational repression should report it to law enforcement agencies, such as the [FBI](#).

### Awareness and education:

Raising awareness about transnational repression and its tactics is crucial for identifying and preventing it.

### Strengthening legal frameworks:

Host countries need to develop and enforce laws that specifically address transnational repression.

### International cooperation:

Collaboration between governments, international organizations, and civil society groups is essential to combat transnational repression.

### Transnational Repression: Understanding and Responding to Global Authoritarian Reach

The Tactics of Transnational Repression Authoritarian countries are silencing exiles and diasporas with tactics of fear and repres...



Freedom House

### Transnational Repression - Freedom House

These are six countries that currently operate aggressive campaigns of transnational repression. * China. View Case Study. Tactic...



Freedom House

### Transnational Repression - FBI

When foreign governments reach beyond their borders to intimidate, silence, coerce, harass, or harm members of their diaspora and ...



FBI

Show all

Dive deeper in AI Mode

AI responses may include mistakes. Learn more

   

 **Freedom House**
https://freedomhouse.org › report › transnational-repres...

## Transnational Repression

What is **Transnational Repression**? It is governments reaching across borders to silence dissent among diasporas and exiles, including through assassinations, ...

## People also ask

What is the transnational repression Act?

What is transnational repression in national security?

What is transnational repression in the United Nations?

What are the examples of political repression?

How to report transnational repression?

What is the transnational law theory?

Feedback


Federal Bureau of Investigation (.gov)
https://www.fbi.gov › investigate › counterintelligence

## Transnational Repression

Transnational Repression. **When foreign governments reach beyond their borders** to intimidate, silence, coerce, harass, or harm members of their diaspora and ...


Department of Justice (.gov)
https://www.justice.gov › nsd › transnational-repression...

## National Security Division | Transnational Repression (TNR)

Feb 13, 2025 — Transnational repression (TNR) refers to **a range of tactics that foreign governments employ** to reach beyond their borders to harm, intimidate, ...


Wikipedia
https://en.wikipedia.org › wiki › Transnational_repression

## Transnational repression

Transnational repression is **a type of political repression conducted by a state outside its borders**. It often involves targeting political dissidents or ...

Typology of transnational...    Governments accused    China    Iran


Human Rights Watch
https://www.hrw.org › 2024/02/22 › we-will-find-you

## "We Will Find You": A Global Look at How Governments ...

Feb 22, 2024 — Transnational repression includes **actions that lead to the unlawful removal of a person from another country**, including via expulsion, ...


Freedom House
https://freedomhouse.org › report › china

## China: Transnational Repression Origin Country Case Study

China conducts the most sophisticated, global, and comprehensive campaign of **transnational repression** in the world. Efforts by the Chinese Communist Party (CCP) ...


Congress.gov
https://www.congress.gov › bill › house-bill

## H.R.3654 - 118th Congress (2023-2024): Transnational ...

This bill seeks to reduce **transnational repression** (the actions of foreign governments to intimidate, silence, or harm members of diaspora and exile communities ...


U.S. Mission to International Organizations in Geneva (.gov)
https://geneva.usmission.gov › 2024/06/26 › joint-state...

### Joint Statement on Transnational Repression

Jun 26, 2024 — **Transnational repression creates an atmosphere of fear** and imperils civil and political liberties, the global rules-based order, and mutual ...


G7 2025 - Kananaskis
https://g7.canada.ca › news-and-media › news › g7-lea...

### G7 Leaders' Statement on Transnational Repression

Jun 16, 2025 — TNR undermines national security, state sovereignty, the safety and human rights of victims, and principles of international law. It has a ...


Congress.gov
https://www.congress.gov › bill › senate-bill

### S.831 - Transnational Repression Policy Act 118th ...

This bill seeks to **reduce transnational repression** (the actions of foreign governments to intimidate, silence, or harm members of diaspora and exile communities ...

## People also ask

What is the transnational state theory?

Is transnational repression illegal?

What is the mandate of the PCTC?

What is the trap report?

Feedback

## People also search for

| Transnational Repression **meaning in urdu** | Transnational repression **Sikh** |
| Transnational repression **meaning in hindi** | Transnational repression **bill California** |
| Transnational repression -- **FBI** | Transnational repression **doj** |

Transnational repression **meaning** in Punjabi

**Freedom House** transnational repression **India**

1  2  3  4  5  6  7  8  9  10    Next

Results are not personalized

**Copiague, New York** - Based on your past activity - Update location

Help   Send feedback   Privacy   Terms